IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MOBILITY WORKX LLC | § | |
| | § | |
| v. | § | 4:24-CV-796-ALM |
| | § | |
| ERICSSON INC. | § | |

### DEFENDANT ERICSSON INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Ericsson Inc. ("Ericsson") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff 's Complaint up to and including January 6, 2024.

1. On September 2, 2024, Plaintiff filed its Complaint.

2. On September 5, 2024, Defendant Ericsson was served with Plaintiff's complaint making its answer due September 26, 2024.

4. Defendant Ericsson requires additional time to prepare a responsive pleading. This is Ericsson's first request for an extension.

5. Counsel for Plaintiff has consented to an extension for Ericsson to answer or otherwise respond to the Complaint up to and including January 6, 2025. The January 6, 2025 deadline is the same as for Samsung in the related 4:24-cv-798 action.

WHEREFORE, Defendant Ericsson respectfully requests that this Court enter an order extending the deadline to answer or otherwise respond to the Complaint up to and including January 6, 2025.

Dated: September 23, 2024

                                                Respectfully submitted,

                                                */s/ Deron R. Dacus*
                                                Deron R. Dacus
                                                Texas Bar No. 00790553
                                                THE DACUS FIRM, P.C.
                                                821 ESE Loop 323, Suite 430
                                                Tyler, Texas 75701
                                                903-705-1117
                                                E-mail: ddacus@dacusfirm.com

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that on this 23rd day of September, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                */s/ Deron R. Dacus*
                                                Deron R. Dacus

## **CERTIFICATE OF CONFERENCE**

        The undersigned certifies that Defendant's counsel and Plaintiff's counsel have conferred and the foregoing motion is unopposed.

                                                */s/ Deron R. Dacus*
                                                Deron R. Dacus